**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jesus ORTEGA–CASTELLANOS,**
**Defendant—Appellant.**

**No. 09–50572.**

United States Court of Appeals,
Ninth Circuit.

Argued and Submitted Aug. 6, 2010.

Filed Aug. 16, 2010.

George Manahan, Esquire, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

L. Marcel Stewart, Law Office of L. Marcel Stewart, San Diego, CA, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, WARDLAW, Circuit Judge and SINGLETON, District Judge.*

---

* The Honorable James K. Singleton, Senior United States District Judge for the District of Alaska, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

**MEMORANDUM****

The agent's background, training and explanation of the sources he relied on were sufficient to qualify him as an expert on the marijuana's value. *Cf. United States v. Mendoza–Paz,* 286 F.3d 1104, 1112–13 (9th Cir.2002). The government didn't introduce the vehicle transfer form to prove the truth of its contents, so the document wasn't hearsay. *See* Fed. R.Evid. 801(c). And Ortega–Castellanos still hasn't shown that he would have found any additional information helpful to his defense had he been granted a continuance. *See United States v. Mejia,* 69 F.3d 309, 314–15 (9th Cir.1995). Nor is there cumulative error requiring reversal.

The district court adequately addressed the arguments Ortega–Castellanos made for a lighter sentence; the sentence imposed was substantively and procedurally sound.

**AFFIRMED.**